UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Broadcast Music, Inc., et al.                          Court No. 13-cv-2480 (JRT/LIB)

        Plaintiff,

vs.

                                                     ORDER

R. Von, Inc., et al.,

        Defendants.

Having received and considered Defendants' motion [Docket No. 8] for extension of time to answer or otherwise respond to Plaintiff's Complaint, and upon the representation that Plaintiff does not oppose the motion, the motion is hereby GRANTED.

Defendants' time to answer or otherwise respond to the complaint is extended to November 15, 2013, which is 21 days from October 25, 2013.

                                                               BY THE COURT:

DATED: November 1, 2013                              s/Leo I. Brisbois
                                                               Leo I. Brisbois
                                                               U.S. MAGISTRATE JUDGE